IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| World Fuel Services (Singapore) § | | |
| Plaintiff, § | | |
| V § | CIVIL ACTION: | H-13-1700 |
| § | | |
| M/V Blue, § | | |
| § | | |
| Defendant § | | |

**O R D E R**

Pursuant to the Notice of Bankruptcy filed on June 28, 2013, the above captioned case shall be administratively closed. The parties are granted leave to move to reinstate the case on the Court's active docket at such time in the future as the parties deem appropriate. A copy of this order shall be attached as an exhibit to any motion to reinstate.

SIGNED at Houston, Texas, on this the ___28___ day of June, 2013.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE