IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **WORLD FUEL SERVICES (Singapore) LTD.**<br><br>v.<br><br>**M/V BLUE OCEAN, ETC.** | § § § § § § § § § § §   No. 4:13-cv-01700 |

**UNOPPOSED MOTION TO RE-OPEN CASE AND FOR LEAVE TO INTERVENE**

TO THE HONORABLE DISTRICT COURT:

Come Duferco S.A. and Duferco Steel, Inc. ("Movants" or "Duferco") and for their Motion to Re-Open Case and For Leave to Intervene show as follows:

**I.**

The BLUE OCEAN has on board approximately $2.5 million of Movants' steel cargo and was due to call in Houston the week of June 12, 2013. In anticipation of that port call, World Fuel filed the captioned suit and undertook plans to arrest the vessel for unpaid goods and services.

**II.**

For unknown reasons the BLUE OCEAN instead went to Brownsville, where it discharged other cargo. Concerned about the vessel's intentions, Movants filed suit and arrested the vessel in Brownsville. That suit is pending under Cause No. 1:13-cv-00111.

**III.**

World Fuel obtained an amended order in this Court (Doc. No. 8) and arrested the vessel in Brownsville on June 14, 2013.

**IV.**

The vessel's presumed manager, STX Pan Ocean, then commenced bankruptcy proceedings in New York pursuant to Chapter 15, and obtained a stay order (Doc. 9), prompting this Court to administratively close the case (Doc. 10).

**V.**

On July 12, 2013 the bankruptcy court entered an order which, among other things, allows this case and Movants' suit to proceed. Exh. A.

**VI.**

On July 12, 2013 Movants obtained an order in Brownsville allowing the vessel to travel to Houston to discharge Movants' cargo. Exh. B. However, the order does not affect other orders, including this Court's amended arrest order, which only allows the vessel to shift in Brownsville.

**VII.**

Movants request that the captioned case be re-opened and that they be allowed to intervene to seek modification of this Court's arrest order.

**WHEREFORE, PREMISES CONSIDERED,** Movants pray that this Motion be granted, and for such other relief as may be appropriate.

Respectfully submitted,

By: */s/ F. William Mahley*
_____
**F. WILLIAM MAHLEY**
Texas Bar No. 12836740
STRASBURGER & PRICE, LLP
909 Fannin Street, Suite 2300
Houston, Texas 77010-1036
(713) 951-5600 – Telephone
(713) 951-5660 – Facsimile
bill.mahley@strasburger.com

**ATTORNEY-IN-CHARGE FOR DUFERCO S.A. AND DUFERCO STEEL, INC.**

## CERTIFICATE OF CONFERENCE

On the 15th day of July, 2013, the undersigned conferred with Plaintiff's counsel, who advised that he is not opposed to the foregoing Motion.

*/s/ F. William Mahley*
F. William Mahley