IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WORLD FUEL SERVICES (Singapore) LTD. | § | |
| | § | |
| v. | § | CIVIL ACTION: H-13-1700 |
| | § | |
| M/V BLUE OCEAN, ETC. | § | |

### ORDER

On this day the Court considered the Motion of Duferco S.A. and Duferco Steel, Inc. to Re-Open This Case and for Leave to Intervene.

The motion is granted. The case is re-opened. Duferco may file its Complaint in Intervention.

Houston, Texas this _15_ day of July, 2013.

_____
UNITED STATED DISTRICT JUDGE