IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WORLD FUEL SERVICES § <br> (SINGAPORE) PTE LTD. § <br> § <br> Plaintiff, § <br> § <br> DUFERCO S.A. and § <br> DUFERCO STEEL, INC. § <br> § <br> Intervenors, § <br> § <br> V. § <br> § <br> M/V BLUE OCEAN, her engines, § <br> boilers, tackle, furniture, apparel, § <br> appurtenances, etc., *in rem* § <br> § <br> Defendant. § | C.A. No. 4:13-cv-01700 <br> IN ADMIRALTY, Rule 9(h) <br> Judge David Hittner |

**PLAINTIFF'S MOTION FOR COURT TO DESIGNATE NEWSPAPER
OF GENERAL CIRCULATION WHEN PROPERTY NOT RELEASED
WITHIN TEN DAYS AFTER EXECUTION OF PROCESS**

As a warrant of arrest was issued on June 11, 2013, and execution of process on the M/V BLUE OCEAN was effected on June 14, 2013, in No. 4:13-cv-01700, and a Warrant of Arrest was issued and executed on the M/V BLUE OCEAN on June 13, 2013, in No. 4:13-cv-02134 (formerly No. 1:13-cv-00111), and a Motion to Consolidate these actions (Doc. 21) is pending, and the M/V BLUE OCEAN has not been released in accordance with Rule E(5) of the Supplemental Rules of Certain Admiralty and Maritime Claims, Plaintiff World Fuel Services (Singapore)

2110825-1

Pte. Ltd., in accordance with Rule C(4) and Rule C(6) of the Supplemental Rules of Certain Admiralty and Maritime Claims, moves this Court to designate <u>The Houston Chronicle</u> as the newspaper of general circulation in this District in which notice of the action and arrest in this matter shall be published, and to direct that the notice involved shall advise all interested parties to file claims within 10 days of the publication and answers within 20 days after claims are filed.  A copy of the Notice to Clerk of Publication of Notice of Arrest in Newspaper of General Circulation is annexed as Exhibit A and is incorporated by reference.

Respectfully submitted,

 /s/ Kevin P. Walters
Dimitri P. Georgantas
Attorney-in-Charge
Texas State Bar No. 07805100
Federal I.D. No. 2805
Kevin P. Walters
Texas State Bar No. 20818000
Federal I.D. No. 5649
Eugene W. Barr
Texas State Bar No. 24059425
Federal I.D. No. 1144784
801 Travis Street, Suite 1910
Houston, Texas 77002
(713) 546-9800 Telephone
(713) 546-9806 Facsimile

ATTORNEYS FOR PLAINTIFF,
WORLD FUEL SERVICES (SINGAPORE)
PTE. LTD.

OF COUNSEL:
CHAFFE McCALL, L.L.P.

**CERTIFICATE OF SERVICE**

 I hereby certify that on the 9th day of August 2013, I served a true and correct copy of the foregoing Plaintiff's Motion for Court to Designate Newspaper of General Circulation When Property not Released Within Ten Days After Execution of Process pursuant to Rule 5 of the Federal Rules of Civil Procedure and/or via the CM/ECF Filing System and/or by depositing the same in the United States Mail, postage prepaid and properly addressed to all known counsel of record:

 F. William Mahley
 STRASBURGER & PRICE, LLP
 909 Fannin Street, Suite 2300
 Houston, Texas 77010-1036
 bill.mahley@strasburger.com

 John F. Fay, Jr.
 FAY, NELSON & FAY, LLC
 1100 Poydras Street, Suite 2900
 New Orleans, LA 70163
 jfay@faynelsonfay.com


       /s/ Kevin P. Walters