IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WORLD FUEL SERVICES (SINGAPORE) PTE LTD.<br><br>Plaintiff,<br><br>V.<br><br>M/V BLUE OCEAN, her engines, boilers, tackle, furniture, apparel, appurtenances, etc., *in rem*<br><br>Defendant. | § § § § § § § § § § § § § | C.A. No. 4:13-cv-01700<br>IN ADMIRALTY, Rule 9(h)<br>Judge David Hittner |

CONSOLIDATED WITH

| | | |
|---|---|---|
| DUFERCO S.A. and DUFERCO STEEL, INC.<br><br>Plaintiffs,<br><br>V.<br><br>M/V BLUE OCEAN, her engines, tackle, apparel, etc., *in rem*<br><br>Defendant. | § § § § § § § § § § § § | C.A. No. 4:13-cv-02134<br>IN ADMIRALTY, Rule 9(h)<br>Judge Sim Lake |

## ORDER DESIGNATING NEWSPAPER OF GENERAL CIRCULATION

Upon Motion of Plaintiff World Fuel Services (Singapore) Pte. Ltd., it is

ORDERED that notice of these actions and arrests shall be published in The Houston Chronicle and that this notice shall identify the action and arrest and shall

2110856-1

specify that all interested parties shall files claims within 10 days of the publication and answers within 20 days after claims are filed.

SIGNED this **20** day of **Aug**, 2013.

_____
UNITED STATES DISTRICT JUDGE