IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **WORLD FUEL SERVICES (SINGAPORE) PTE LTD.** § § § | |
| **VS.** § § | C.A. No. 4:13-cv-01700 IN ADMIRALTY, Rule 9(h) |
| **M/V BLUE OCEAN**, her engines, boilers, tackle, furniture, apparel, appurtenances, etc., *in rem* § § § § | |

**CONSOLIDATED WITH**

| | |
|---|---|
| **DUFERCO S.A. and DUFERCO STEEL, INC.** § § § | |
| **V.** § § § | C.A. No. 4:13-cv-02134 IN ADMIRALTY, Rule 9(h) |
| **M/B BLUE OCEAN**, her engines, tackle, apparel, etc., *in rem* § § | |

## CONSENT TO RELEASE VESSEL FROM ARREST

TO THE HONORABLE DISTRICT COURT:

I.

Civil action No. 4:13-cv-02134 was commenced by Plaintiffs Duferco S.A. and Duferco Steel, Inc. on June 13, 2013 on account of the failure of the BLUE OCEAN to discharge Duferco's steel in Houston as scheduled.

II.

The same day, on Plaintiffs' motion, the Court in the Brownsville Division issued an Order for Warrant of Arrest and a Warrant of Arrest of Vessel were issued. The vessel has since moved to Houston and discharged Duferco's cargo.

2

III.

The Duferco Plaintiffs have reached an agreement for partial resolution of their claim, under which they will release their arrest of the Vessel. Accordingly, Plaintiffs Duferco S.A. and Duferco Steel, Inc. hereby consent to the release of the vessel from arrest. Plaintiffs will provide a copy of this pleading to the U.S. Marshal.

Dated this 22nd day of August, 2013.

Respectfully submitted,

By: /s/ F. William Mahley
    **F. WILLIAM MAHLEY**
    Texas Bar No. 12836740
    STRASBURGER & PRICE, LLP
    909 Fannin Street, Suite 2300
    Houston, Texas 77010
    (713) 951-5600 – Telephone
    (713) 951-5660 – Facsimile
    bill.mahley@strasburger.com

    **ATTORNEY-IN-CHARGE FOR DUFERCO S.A. and DUFERCO STEEL, INC.**

**OF COUNSEL:**
**STRASBURGER & PRICE, LLP**

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of August 2013, I served a true and correct copy of the foregoing Consent to Release Vessel from Arrest pursuant to Rule 5 of the Federal Rules of Civil Procedure and/or via the CM/ECF Filing System and/or by depositing the same in the United States Mail, postage prepaid and properly addressed to all known counsel of record:

Dimitri P. Georgantas
Kevin P. Walters
Eugene W. Barr
CHAFFE McCALL, L.L.P.
801 Travis Street, Suite 1910
Houston, Texas 77002

John F. Fay, Jr.
FAY, NELSON & FAY, LLC
1100 Poydras Street, Suite 2900
New Orleans, LA 70163

    /s/ F. William Mahley
F. William Mahley